1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10    ROY LEE JOHNSON,

11              Plaintiff,              No. CIV S-07-1880 MCE KJM P

12         vs.

13    ARAMARK FOOD SERVICES, et al.,

14              Defendants.            FINDINGS & RECOMMENDATIONS

15    _____/

16         Plaintiff is a state prison inmate proceeding pro se with a civil rights action under

17    42 U.S.C. § 1983.  On December 11, 2007, the court dismissed his complaint, but gave him leave

18    to file an amended complaint.  Plaintiff filed an amended complaint on January 9, 2008.

19         The court is required to screen complaints brought by prisoners seeking relief

20    against a governmental entity or officer or employee of a governmental entity.  28 U.S.C.

21    § 1915A(a).  The court must dismiss a complaint or portion thereof if the prisoner has raised

22    claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may

23    be granted, or that seek monetary relief from a defendant who is immune from such relief.  28

24    U.S.C. § 1915A(b)(1), (2).

25         A claim is legally frivolous when it lacks an arguable basis either in law or in

26    fact.  Neitzke v. Williams, 490 U.S. 319, 325 (1989); Franklin v. Murphy, 745 F.2d 1221, 1227-

1

1   28 (9th Cir. 1984).  The court may, therefore, dismiss a claim as frivolous where it is based on an

2   indisputably meritless legal theory or where the factual contentions are clearly baseless.

3   Neitzke, 490 U.S. at 327.  The critical inquiry is whether a constitutional claim, however

4   inartfully pleaded, has an arguable legal and factual basis.  See Jackson v. Arizona, 885 F.2d

5   639, 640 (9th Cir. 1989); Franklin, 745 F.2d at 1227; Fed. R. Civ. P. 8(a)(2).

6          Rule 8(a)(2) of the Federal Rules of Civil Procedure "requires only 'a short and

7   plain statement of the claim showing that the pleader is entitled to relief,' in order to 'give the

8   defendant fair notice of what the . . . claim is and the grounds upon which it rests.'"  Bell

9   Atlantic Corp. v. Twombly,  ___ U.S. ___ , 127 S.Ct. 1955, 1964-65 (2007).  In order to survive

10  dismissal for failure to state a claim a complaint must contain more than "a formulaic recitation

11  of the elements of a cause of action;" it must contain factual allegations sufficient "to raise a

12  right to relief above the speculative level."  Id.  However, "[s]pecific facts are not

13  necessary; the statement [of facts] need only '"give the defendant fair notice of what the . . .

14  claim is and the grounds upon which it rests."'"  Erickson v. Pardus, ___ U.S. ___, 127 S.Ct.

15  2197, 2200 (2007).  In reviewing a complaint under this standard, the court must accept as true

16  the allegations of the complaint in question, id., and construe the pleading in the light most

17  favorable to the plaintiff.  Scheuer v. Rhodes, 416 U.S. 232, 236 (1974).

18          As in his original complaint, plaintiff claims he broke a tooth when he bit down

19  on a rock located in his portion of beans.  He sues the Solano County Sheriff's Department and

20  Aramark Food Services but, as in his original complaint, he fails to tie either of the named

21  defendants to his injury apart from their status as supervisors.  This is insufficient.  Taylor v.

22  List, 880 F.2d 1040, 1045 (9th Cir. 1989) ("liability under section 1983 arises only upon a

23  showing of personal participation by the defendant (citation omitted) . . . [t]here is no respondeat

24  superior liability under section 1983").

25          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

26  without prejudice.

2

1         These findings and recommendations are submitted to the United States District

2   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

3   days after being served with these findings and recommendations, plaintiff may file written

4   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

5   Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

6   specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

7   F.2d 1153 (9th Cir. 1991).

8   DATED:  April 14, 2008.

9                                  U.S. MAGISTRATE JUDGE

10

11   2
    john1880.56

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26